# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No. 5:03cr30054-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **MARK WAYNE WOODS.** | ) | **By: Norman K. Moon** |
| | ) | **United States District Judge** |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED**

that Woods' motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED without prejudice** as successive; and this case is **STRICKEN** from the active docket of the court.

Further, finding that Woods has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

**ENTER**: This 19th day of July, 2012.

                                                       /s/ Norman K. Moon
                                                      NORMAN K. MOON
                                                      UNITED STATES DISTRICT JUDGE