**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Case No. 5:03cr30054-2** |
| | ) | |
| **v.** | ) | <u>**2255 FINAL ORDER**</u> |
| | ) | |
| **BRUCE EDWARD WOODS.** | ) | **By: Norman K. Moon** |
| | ) | **United States District Judge** |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the United States' motion to dismiss (Docket No. 261) is **GRANTED**; Woods' motion pursuant to 28 U.S.C. § 2255 (Docket No. 252) is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

Further, finding that Woods has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner.

**ENTER:** This 2nd day of January, 2013.

_Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE